FILED

07 MAY -4 PM 3:55

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____   DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

UNITED STATES OF AMERICA,               )
                      Plaintiff,          )   Case No. 05cr1010-BEN
                             )
vs.                                     )
                             )   **ORDER FOR INTERIM PAYMENT**
PAUL HENRI LEVY, (2)                    )
                             )
               Defendant(s).          )
_____ )

    **IT IS HEREBY ORDERED** that CASEY DONOVAN be permitted to submit an "interim payment" claim for services or expenses for the above-entitled case.

DATED: 5/02/07 _____

                                  _____
                                  ROGER T. BENITEZ
                                  UNITED STATES DISTRICT COURT JUDGE