FILED

07 JUL 25 PM 1:55

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY    DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### Honorable Roger T. Benitez

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   05-CR-1010-BEN |
| Plaintiff, | |
| vs. | **ORDER TO EXONERATE BOND** |
| PAUL HENRIE LEVY, | (Property Bond only) |
| Defendant. | |

The Court hereby substitutes a personal surety bond for the property bond in the instant matter posted on behalf of Defendant PAUL HENRIE LEVY. Hence, the Court now orders that the Criminal Property Bond posted on behalf of defendant by Christine Infante, Manager, Neptune Family Investments, LLC, 1118 Neptune, Encinitas, California 92024, shall be exonerated. A copy of this order is to be sent to Attorney Casey Donovan.

Dated:

HONORABLE CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

copies provided to Atty Casey Donovan